James M. Graves, William P. Swain, George R. Carter, Louisville, for movant.

Robert F. Stephens, Atty. Gen., Frankfort, John Frith Stewart, Rex Dunn, Louisville, Gemma Harding, Dept. of Labor, Louisville, William L. Huffman, Kenneth Hollis, Workmen's Compensation Bd., Frankfort, for respondents.

## OPINION AND ORDER

The motion of Allied Tool & Supply Co., Inc. for a review of the decision of the Court of Appeals is granted.

The decision of the Court of Appeals rendered March 24, 1978, is now vacated, and this proceeding is remanded to the Court of Appeals for reconsideration in light of this court's opinion in *Transport Motor Express, Inc. v. Finn*, Ky., 574 S.W.2d 277, rendered September 19, 1978.

All concur.

**James R. YOCOM, Commissioner of Labor and Custodian of the Special Fund, Movant,**

v.

**Sue Carol VAUGHT, Tecumseh Products Company, Workmen's Compensation Board, Respondents.**

Supreme Court of Kentucky.

Nov. 21, 1978.

Cyril E. Shadowen, Dept. of Labor, Louisville, Kenneth E. Hollis, Dept. of Labor, Frankfort, for movant.

Lester H. Burns, Jr., Burnside, John G. Prather, Jr., Somerset, William L. Huffman, Director, Workmen's Compensation Bd., Frankfort, for respondents.

## OPINION AND ORDER

The motion of James R. Yocom, Commissioner of Labor and Custodian of the Special Fund for a review of the decision of the Court of Appeals is granted.

The decision of the Court of Appeals rendered April 21, 1978, is now vacated, and this proceeding is remanded to the Court of Appeals for reconsideration in light of this court's opinion in *Transport Motor Express, Inc. v. Finn*, Ky., 574 S.W.2d 277, rendered September 19, 1978.

All concur.